### STATE v. J. H. ROGERS.

(Filed 14 April, 1926.)

APPEAL by defendant from *Schenck, J.,* at December Term, 1925, of DAVIDSON.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*
*Walser & Walser for defendant.*

PER CURIAM. The defendant was convicted of a breach of the prohibition laws. He entered a "broadside exception" to the charge which, of course, cannot be entertained. The other exceptions are purely personal and call for no discussion. They must be overruled.

No error.